IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:23-CR-277 (MAD) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **DAKOTA ANTONE,** | ) | Violation:   18 U.S.C. § 922(a)(6) |
| | ) | [False Statement During |
| | ) | Firearms Transaction] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Onondaga |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**[False Statement During Firearms Transaction]**

On or about July 23, 2022, in Onondaga County, in the Northern District of New York, the defendant, **DAKOTA ANTONE**, in connection with the acquisition of a firearm from a federally licensed dealer, did knowingly make a false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of such sale, in that **DAKOTA ANTONE**, in connection with his purchase of a firearm, that is, a Ruger, Model EC9S, bearing serial number 462-15502, a Ruger, Model EC9S, bearing serial number 462-15503, and a Ruger, Model EC9S, bearing serial number 462-15492, completed a Firearm Transaction Record (ATF Form 4473) and in response to the question asking whether **DAKOTA ANTONE** was the actual transferee/buyer of the firearm, checked "Yes," when in truth and fact, as defendant well knew, he was not the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Dated: August 30, 2023

CARLA B. FREEDMAN
United States Attorney

By: _____
MATTHEW J. McCROBIE
Assistant United States Attorney
Bar Roll No. 702739